FILED
May 21, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>           Plaintiff,            )<br>v.                               )<br>                                 )<br>CHARLES ERICKSON,                )<br>                                 )<br>           Defendant.            ) | CASE NUMBER: 2:12-mj-00125-GGH<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Charles Erickson</u>; Case <u>2:12-mj-00125-GGH</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    <u>X</u>    Unsecured Appearance Bond in the amount of <u>$50,000</u>, co-signed by Ruby Meisner.

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    <u>X</u>    (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>5/21/2012</u> at <u>4:15 pm</u>

By _/s/ Kendall J. Newman_
Kendall J. Newman
United States Magistrate Judge