**FILED**

May 21, 2012

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )       CASE NUMBER: 2:12-mj-00125-GGH
                Plaintiff,       )
v.                               )          ORDER FOR RELEASE
                                )          OF PERSON IN CUSTODY
CHARLES ERICKSON,                )
                                )
                Defendant.       )

TO:     UNITED STATES MARSHAL:

        This is to authorize and direct you to release <u>Charles Erickson</u>; Case <u>2:12-mj-00125-GGH</u>

from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

        ___     Release on Personal Recognizance

        ___     Bail Posted in the Sum of _____

        _X_     Unsecured Appearance Bond in the amount of <u>$50,000</u>, co-signed by

                Ruby Meisner.

        ___     Appearance Bond with 10% Deposit

        ___     Appearance Bond secured by Real Property

        ___     Corporate Surety Bail Bond

        _X_     (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>5/20/2012</u> at <u>4:11 pm</u>

                        By _____

                                Kendall J. Newman
                                United States Magistrate Judge